UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KAREN BECKLEY, | * |
| Plaintiff, | * |
| v. | * Civil Action No. 18-cv-10848-IT |
| COMMONWEALTH OF MASSACHUSETTS, CHARLIE DUANE BAKER, JR., and MAURA HEALY, | * |
| Defendants. | * |

ORDER
March 21, 2019

TALWANI, D.J.

Upon considering the Magistrate Judge's March 1, 2019, Report and Recommendation [#51], and noting that there has been no objection, the court hereby ACCEPTS and ADOPTS the Report and Recommendation [#51] for the reasons set forth therein. Defendants' Motion to Dismiss [#40] is ALLOWED and Plaintiff's Motion to Expand the Record or to Amend the Complaint [#46] is DENIED.

IT IS SO ORDERED.

Date: March 21, 2019 /s/ Indira Talwani
United States District Judge