UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

KAREN BECKLEY,                        *
                                      *
            Plaintiff,                *
                                      *
      v.                              *      Civil Action No. 1:18-cv-10848-IT
                                      *
COMMONWEALTH OF                       *
MASSACHUSETTS, CHARLIE                *
DUANE BAKER, JR., and MAURA           *
HEALY,                                *
                                      *
            Defendants.               *

ORDER OF DISMISSAL


TALWANI, D.J.

      Pursuant to the court's Order [#53] adopting the Magistrate Judge's Report and

Recommendation [#51], allowing Defendants' Motion to Dismiss [#40], and denying Plaintiff's

Motion to Expand the Record or to Amend the Complaint [#46], Plaintiff's claims against

Defendants are dismissed. Accordingly, this case is CLOSED.

      IT IS SO ORDERED.


Date: March 21, 2019                          /s/ Indira Talwani
                                              United States District Judge